## NICHOLSON

| BATES # | PLAINTIFF | LOAN COMPANY NAME | Paragraph "I." |
|---------|-----------|-------------------|----------------|
| SMR-003439 | ALISHA HESTER | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | X |
| SMR-003693 | AMBER TURMAN | KIPLING FINANCIAL SERVICES, LLC dba MONEYMAX | |
| SMR-003621 | BENJAMIN SETTLE | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | X |
| SMR-004022 | BETTY HARRISON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003586 | BRITNEY GAY | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003494 | DENISE BLAYLOCK | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003519 | DENISE BLAYLOCK | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003937 | EDNA CAUDLE | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-004017 | HARVEY WILLIAMS | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003757 | JAMIL WILLIAMS | NORTH AMERICAN TITLE LOANS, LLC | X |
| NA | JOSHUA JOHNSON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003591 | KRISSA HALEY | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | X |
| SMR-003616 | MORGAN ROBINSON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | X |
| SMR-003499 | PATRICIA MCCAIN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003504 | PATRICIA MCCAIN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003524 | PATRICIA MCCAIN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003535 | PATRICIA MCCAIN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003540 | PATRICIA MCCAIN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | RANDY PRATT | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003997 | RASHAUNDA JONES | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003967 | SIERRA BUNN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-004104 | TAMITHA ROGERS/MARCUS BLACK | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-003778 | TIMOTHY BALDWIN | NORTH AMERICAN TITLE LOANS, LLC | |
| NA | ANDREA WILLIAMS | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | ANTONIO ROOKS | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | GLENDALE SPRUILL | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | JEFFREY HARRIS | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | LEKITTA ROBINSON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |

## ARCHIE

| BATES # | PLAINTIFF | LOAN COMPANY NAME | |
|---------|-----------|-------------------|---|
| SMR-004217 | JOVANI GARCIA | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-004211 | STACI FLORENCE | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-004161 | TIFFANY BLACKNALL | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | X |
| SMR-004246 | TINA JONES | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-004122 | TRACEY BARNES | NORTH AMERICAN TITLE LOANS d/b/a LOANMAX | |
| NA | ASIA ARCHIE | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | BRITTANY WALKER SMITH | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | BRITTANY WALKER SMITH | KIPLING FINANCIAL SERVICES, LLC dba MONEYMAX | |
| NA | DEMETRIAS PHIPPS | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | JIMMY RICHBURG | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | JOSHUA NOEL | NORTH AMERICAN TITLE LOANS, LLC | |
| NA | KIMBERLY FULLER/DERIK MCGEE | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | RONALD KIMBER | KIPLING FINANCIAL SERVICES, LLC dba MONEYMAX | |

## GREEN

| BATES # | PLAINTIFF | LOAN COMPANY NAME | |
|---------|-----------|-------------------|---|
| SMR-004543 | CONSTANCE HOOD | NORTH AMERICAN TITLE LOANS d/b/a LOANMAX | |
| SMR-004557 | JALESYA LOFTON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | X |
| SMR-004547 | MOHAGEMY JOHNSON | NORTH AMERICAN TITLE LOANS d/b/a LOANMAX | X |
| SMR-004552 | MOHAGEMY JOHNSON | NORTH AMERICAN TITLE LOANS d/b/a LOANMAX | |
| SMR-004586 | NIKIA SCOTT | NORTH AMERICAN TITLE LOANS, LLC | |
| SMR-004502 | TANYA GOODMAN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| SMR-004590 | YOLANDA THOMPSON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | X |

## CANNON

| BATES # | PLAINTIFF | LOAN COMPANY NAME | |
|---------|-----------|-------------------|---|
| NA | ALEXIS CANNON | NORTH AMERICAN TITLE LOANS, LLC | |
| NA | ALTHEA BROOKS | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |

1

| NA | BRITTANY WILLIAMS | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
|----|-------------------|------------------------------------------|--|
| NA | CHARLES APPLEWHITE | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | DEANGELO MASON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | DOUGLAS MCKOY | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | EDNA TAYLOR | NORTH AMERICAN TITLE LOANS, LLC | |
| NA | LETITIA BENNETT | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | MARION D WILLIAMSON | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | MARY WALKER | NORTH AMERICAN TITLE LOANS, LLC | |
| NA | ROBERT GONZALES | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |
| NA | DARION BREEDEN | ANDERSON FINANCIAL SERVICES, LLC LOANMAX | |

Case 1:19-cv-00823-CCE-JEP   Document 22-1   Filed 09/25/19   Page 2 of 2